UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 08-2161

UNITED STATES OF AMERICA

vs.

DAVID BURLING,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the United States Attorney's Office prior to April 1, 1999?  ___ Yes  X  No

   If yes, was it pending in the Central Region?
   ___ Yes ___ No

2. Did this matter originate from a matter pending in the United States Attorney's Office prior to April 1, 2003?  ___ Yes  X  No

3. Did this matter originate from a matter pending in the Narcotics Section (Miami) of the United States Attorney's Office prior to May 18, 2003?  ___ Yes  X  No

4. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  ___ Yes  X  No

5. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  ___ Yes  X  No

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

BY: _____
JAMES M. KOUKIOS
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500915
99 N.E. 4th Street, 6th Floor
Miami, Florida 33132-2111
Tel: (305) 961-9324
Fax: (305) 530-7976

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

DAVID BURLING,

        Defendant.

CRIMINAL COMPLAINT

CASE NUMBER: 08-2161

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about January 29, 2008, and continuing through on or about February 10, 2008, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant did use a facility and means of interstate and foreign commerce to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the facts contained in the attached affidavit.

_____
STUART F. REYNOLDS, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION
FEBRUARY 11, 2008

Sworn to before me, and subscribed in my presence,

February 11, 2008 _____    at  Miami, Florida _____
Date                                                                          City and State

CHRIS M. McALILEY
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                        Signature of Judicial Officer

## AFFIDAVIT

I, Stuart F. Reynolds, being duly sworn, depose and state as follows:

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"). I have been employed by the FBI since September 2003. I am currently assigned to the Innocent Images and Crimes Against Children Squad. My current assignment includes the investigation of matters involving violations of Title 18, United States Code, Sections 2422, 2251 and 2252, *et seq*. I have participated in investigations involving persons who collect and/or distribute child pornography and have received training in the area of child pornography and child exploitation through the FBI.

2. The statements contained in this affidavit are based on information I have learned through my own investigation, experience and background as an FBI Agent, and from other FBI Agents' investigation. I am familiar with the facts and circumstances of this investigation. This affidavit is being submitted for the limited purpose of establishing probable cause to arrest David BURLING for using a facility and means of interstate and foreign commerce to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b). Accordingly, it does not contain all facts and information learned through this investigation.

3. On January 29, 2008, an undercover FBI agent ("UCA"), utilizing an undercover computer connected to the internet in the Southern District of Florida, signed onto an undercover Yahoo! Messenger account and entered a chat room called "Fetishes:14." A chat room is a virtual room where numerous people can communicate in text while on Yahoo! Based on her experience in the "Fetishes:14" chat room, it is the UCA's opinion that people in that chat room are there because of their interest in incest. While in the chat room, the UCA posed as a single mother who lives in South Florida with her 10-year daughter.

4. At approximately 1:17 p.m. on January 29, 2008, an individual using the screen name "naples_guy" and the email address one1two234@yahoo.com initiated contact with the UCA and started an Instant Message ("IM") chat on Yahoo! Messenger. During this IM session, the UCA and naples_guy communicated with each other privately, as opposed to communicating in the more public chat room setting. During the January 29, 2008, IM chat, naples_guy discussed his interest in sexual activity with the UCA's 10 year old daughter. For example:

        one1two234@yahoo.com:   how young is your daughter...?
        UCA:   10
        one1two234@yahoo.com:   hottt

***

Page 1 of 4

| | |
|---|---|
| one1two234@yahoo.com: | would she be there if you met someone off the net…;)? |
| UCA: | actually looking more 4 her than 4 me |
| one1two234@yahoo.com: | mmmmm I'd love to accommadate you |
| UCA: | im interested….keep talking |
| one1two234@yahoo.com: | I'm big, but more gentle….love cumming inside… |

*  *  *

| | |
|---|---|
| UCA: | tell me what else u want to do with her |
| one1two234@yahoo.com: | Kiss! (french kiss)… |
| UCA: | and |
| one1two234@yahoo.com: | have her swallow cum if she's up for it . . . |
| UCA: | it's all up 2 her she needs 2 b happy and feel loved |
| one1two234@yahoo.com: | OK…..sounds great! |
| one1two234@yahoo.com: | mmmmm |
| UCA: | and |
| one1two234@yahoo.com: | cum inside her……. |

During this IM session, naples_guy wrote that he was "very interested" in meeting the 10-year old daughter and was "very hard thinking about it". Naples_guy agreed to travel to Fort Lauderdale or Miami in the near future to meet the 10-year old daughter and wrote that he would bring a gift for the 10-year old daughter. Naples_guy also turned on his webcam to allow the UCA to view a live video feed of himself, shirtless, during their IM chat. When the UCA wrote that she had accidentally turned off the webcam, naples_guy responded, "did you want to see my cock ….. or wait[?]" Naples_guy also sent four images to the UCA; two of the images were of himself, and the other two contained young, clothed females.

5. On January 31, 2008, the UCA logged into Yahoo! Messenger and was contacted by naples_guy. During this IM chat, naples_guy wrote that "it's exciting thinking about meeting" the UCA's 10-year old daughter and asked "have you asked her if she wants you to get her a guy for sex…?" The UCA and naples_guy agreed to talk again soon.

6. On February 6, 2008, the UCA logged into Yahoo! Messenger and was contacted by naples_guy. During this IM chat, naples_guy again discussed meeting the UCA's 10-year old daughter. The UCA and naples_guy agreed to meet on Sunday, February 10, 2008, at around noon, at the La Quinta Inn in Miami Lakes, FL. (The La Quinta Inn & Suites Miami Lakes is located at 7925 NW 154th Street, Miami Lakes, FL 33016.) Naples_guy wrote that "I have a couple of things" to bring the 10-year old daughter and that "I'll bring a few gifts" for the 10-year old daughter. In response to the UCA's questions, naples_guy wrote that he may want to perform and receive oral sex from the daughter and agreed that, because the daughter has not had sex yet, he would be very gentle with her. Naples_guy also wrote that "I think we'll meet first and then see

where it goes." and that "I'll be hard from now until Tuesday", which is the day he planned to return to Naples.

7. On February 7, 2008 the UCA logged into Yahoo! Messenger and was contacted by naples_guy. During this IM chat, naples_guy asked whether they were "still on for Sunday" and wrote that "I'll get the room" "at La Quinta" in advance and that he would like to meet around 2:00 p.m. Naples_guy also asked the UCA whether she and her daughter were still excited.

8. On February 8, 2008, the UCA logged into Yahoo! Messenger and was contacted by naples_guy. During this IM chat, naples_guy confirmed that he would meet the UCA and her 10-year old daughter on Sunday at 2:00 p.m. at the same La Quinta hotel that they had previously discussed and wrote that he would bring protection. The UCA asked naples_guy whether he still wanted her 10-year old daughter to see him on his webcam. Naples_guy responded by asking, "is she with you now . . ?" and, when told that she was, started typing messages to her, including "do you want to see me on web cam?" Shortly thereafter, naples_guy, who was already shirtless, exposed himself over the webcam and masturbated.

9. "Naples_guy" was identified as David BURLING from Naples, FL. During the January 29, 2008 IM chat, naples_guy wrote that his name is David, that he is from Naples, and that his telephone numbers are 239-793-1354 and 239-595-2064. A review of the profile for the Yahoo!ID "naples_guy" revealed that this individual's first name is "David," that his location is Naples, FL, that his age is 42, and that his email address is one1two234@yahoo.com. A picture of "David" was also posted on the profile; the person in that photograph, as well as the person in the digital photographs sent by naples_guy on January 29, 2008 and the person seen via webcam on January 29 and February 8, 2008, is the same person in the driver's license photograph of David Burling, 4 Grosbeak Lane, Naples, FL 34114, date of birth October 17, 1964. A subpoena to Yahoo! requesting subscriber information on naples_guy@yahoo.com revealed that the full name listed is Mr. David Burling, 4 Grosbeak Ln, Naples, FL 34114. A subpoena response from Embarq Florida showed that telephone number 239-793-1354 is registered to David Burling, 4 Grosbeak Ln, Naples Florida 34114. A subpoena response from AT&T showed that telephone number 239-595-2064 is registered to David Burling, 4 Grosbeak Lane, Naples, FL 34114, an active account with an email address of one1two234@yahoo.com.

10. On February 10, 2008, a physical surveillance was conducted by FBI Tampa Division Task Force Officers in the area of Grosbeak Lane in Naples, FL. At approximately 12:25 p.m., a blue Honda bearing Florida license plate W37MCH departed the area being driven by a white male wearing a white shirt. The vehicle, which is registered to David BURLING at 4 Grosbeak Lane, Naples, FL 34114, was observed driving towards I-75.

11. On February 10, 2008, at approximately 2:40 p.m., the same blue Honda entered the parking lot at the La Quinta Inn and Suites at 7925 NW 154th Street, Miami

Lakes, FL. A white male wearing a white shirt and shorts exited the vehicle and entered the hotel without luggage. The white male checked in to the hotel and was arrested by FBI Agents who identified the white male as David BURLING.

12. Based on the information above, I submit that there is probable cause to believe that David BURLING used a facility and means of interstate and foreign commerce to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

FURTHER AFFIANT SAYETH NAUGHT

_____
STUART F. REYNOLDS
Special Agent
Federal Bureau of Investigation

SUBSCRIBED TO AND SWORN TO
BEFORE ME THIS 11TH DAY
OF FEBRUARY, 2008

_____
CHRIS M. McALILEY
UNITED STATES MAGISTRATE JUDGE